UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:93-cr-112-Orl-18KRS

MANUEL BONET

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 6.01(c)(16), on May 21, 2009, I conducted the Final Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed April 2, 2009 by Probation Officer J. Curtis Towers.

In the Petition, Probation Officer J. Curtis Towers alleges the Defendant was in violation of:

- **Condition 2, Paragraph 5 and 6**

Which states that when Northeast Florida State Hospital discharges the defendant to outpatient status, he is to continue to comply with the outpatient treatment program to include medication compliance that is coordinated for him by Northeast Florida State Hospital staff and/or community mental health providers

During October 2008, the defendant was unsuccessfully discharged from drug treatment based upon unsatisfactory participation in counseling sessions.

On October 2008, the defendant was unsuccessfully discharged from mental health counseling for unsatisfactory participation in counseling sessions.

- **Condition 4, Paragraphs 4**

Which states that the defendant shall refrain from engaging in any form of threatening behavior to include verbal communication and/or written correspondence.

On March 25, 2009, the defendant made a threat to harm a staff member of K.A.R.E. Assisted Living Facility to Senior United States Probation Officer Towers.

- **Condition 5, Paragraphs 1, 2, and 3**

Which states that the defendant shall refrain from illegal drug/alcohol usage and submit to random urinalysis testing as warranted by mental health staff or his supervising probation officer.

On April 22, 2008, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of marijuana. Further, on April 22, 2008, the defendant admitted to the probation officer that he had used marijuana on or before April 21, 2008.

On October 9, 2008, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of marijuana and cocaine. Further on October 9,

2008, the defendant admitted to the probation officer that he had used marijuana on or about October 9, 2008.

On February 24, 2009, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of marijuana. Further on February 24, 2009, the defendant admitted to the probation officer that he had used marijuana.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his conditional release and respectfully recommends that the Court enter an Order to Show Cause why his conditional release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 21st day of May, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant