# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:93-cr-112-Orl-18KRS

**MANUEL BONET**

## ORDER

This matter came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office (Doc. 37) and the Report and Recommendation regarding same filed by Magistrate Judge Karla R. Spaulding (Doc. 51). The Court conducted a hearing on Wednesday, June 10, 2009. Upon review, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** without objection, as stated in open court.

2. The Court finds, without objection from either party, that Defendant, Manuel Bonet, has failed to comply with the terms of his conditional release and that his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another.

3. Pursuant to 18 U.S.C. § 4243(g), Defendant's, Manuel Bonet, conditional release is hereby **REVOKED** and Defendant Manuel Bonet is remanded to the custody of the United States Attorney General for placement in a suitable facility for further treatment.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 10, 2009.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Manuel Bonet

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE